**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**Case No. 25-3090**

Jose Osorio-Calderon,

Appellant,

v.

Warden, FCI Sandstone,

Appellee.

**APPELLANT JOSE OSORIO-CALDERON'S METHOD OF APPENDIX PREPARATION NOTIFICATION, DESIGNATION, AND STATEMENT OF ISSUES**

Undersigned counsel, appointed to represent Appellant Jose Osorio-Calderon, has conferred with opposing counsel representing Appellee Warden, FCI Sandstone regarding the preparation of the Appendix. The parties will prepare a Joint Appendix which Appellant Jose Osorio-Calderon will file with his opening brief, per the Appeal Briefing Schedule Order entered on October 20, 2025. The Joint Appendix will consist of the following docket entries from the United States District Court for the District of Minnesota case, 25-cv-398 (LMP/DLM):

- R. Doc. 6 Amended Petition against Warden FCI Sandstone
- R. Doc. 8 Petitioner's Brief in Support of Amended Petition for a Writ of Habeas Corpus
- R. Doc. 13 Declaration of Matthew Apple
- R. Doc. 20 Report and Recommendation

- R. Doc. 27 Order Rejecting Report and Recommendation and Dismissing Habeas Petition

There are no transcripts in the record that Appellant must request and provide.

In addition, Appellant Jose Osorio-Calderon proposes the following Statement of Issues for this appeal.

I. The First Step Act states that the Bureau of Prisons "shall" transfer a prisoner when certain requirements are met, including that the number of earned time credits earned by the prisoner equals the remainder of the prisoner's sentence. Did the Bureau of Prisons violate the First Step Act by refusing to transfer Mr. Osorio-Calderon to prerelease custody when he met those requirements?

II. Did the District Court lack jurisdiction under 28 U.S.C. § 2241 to grant Mr. Osorio-Calderon's habeas petition and order the Bureau of Prisons to follow the First Step Act?

III. Alternatively, if the District Court lacked jurisdiction to grant Mr. Osorio-Calderon's habeas petition, did the District Court err in concluding that it could not order the Bureau of Prisons to follow the First Step Act under 28 U.S.C. § 1361, the federal mandamus statute?

Respectfully submitted,

DATED: November 3, 2025

*s/ Trevor N. Parkes*

Trevor N. Parkes
Attorney ID No. 0402172
Counsel & Project Director, First Step Act Resource Center
National Association of Criminal Defense Lawyers
1660 L St NW, 12th Floor
Washington, DC 20036

*Appointed Counsel for Petitioner Jose Osorio-Calderon*



Appellate Case: 25-3090 Page: 3 Date Filed: 11/03/2025 Entry ID: 5574315

## CERTIFICATES OF SERVICE
## FOR DOCUMENTS FILED USING CM/ECF

### Certificate of Service When All Case Participants Are CM/ECF Participants

I hereby certify that on November 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Trevor N. Parkes