**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 12, 2025

JaneAnne Murray
MURRAY LAW, LLC
Suite 5010
310 S. Fourth Avenue
Minneapolis, MN 55415

RE: 25-3090 Jose Osorio-Calderon v. Warden FCI Sandstone

Dear Counsel:

The amicus curiae brief of the amicus Clemency Project Clinic of the University of Minnesota Law School in support of the appellant has been filed. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Susan E. Bindler
Clerk of Court

BNW

Enclosure(s)

cc: Catherine Ahlin-Halverson
Emma Andersson
Ellen Bart
Lucas B. Draisey
Annemarie Foy
Allison Frankel
Kylie Lewis
Bekah Muta
Teresa Nelson
Abby Oakland
Trevor N. Parkes

Kate Reifenberg
Matthew J. Rubenstein
Ana H. Voss

District Court/Agency Case Number(s): 0:25-cv-00398-LMP