

# U.S. Department of Justice

## United States Attorney
## District of Minnesota

*600 United States Courthouse*     *Telephone: (612) 664-5600*
*300 South Fourth Street*          *Fax: (612) 664-5787*
*Minneapolis, MN 55415*

**<u>Via CM/ECF</u>**                                    March 17, 2026

Susan E. Bindler, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Room 24.329
111 South 10th Street
St. Louis, MO 63102

SUBJECT:   Jose Osorio-Calderon v. Warden, FCI Sandstone, Appeal No. 25-3090
           District Court Case No. 25-cv-398-LMP-DLM (D. Minn.)

Dear Ms. Bindler:

I write pursuant to Federal Rule of Appellate Procedure 28(j) and to provide the Court with a supplemental citation in support of the government's position.

Last week, the Court issued a published decision in *Fortner v. Eischen*, Case No. 24-3596. --- F.4th ----, 2026 WL 708735 (8th Cir. Mar. 13, 2026). The government cites *Fortner* in support of its position in this case for three reasons.

First, *Fortner* supports the assertion (Appellee's Br. at 18–25) that prerelease custody is a place of imprisonment. *See id.* at *2 ("If Fortner receives the remedy he seeks, he would still be detained for the same length of time, though he would serve the detention in a different location with better conditions."). Second, it supports the government's contention (Appellee's Br. at 26–32) that a claim seeking prerelease custody is conditions-of-confinement claim not cognizable in habeas. *Id.* at *2 ("*Kruger* and *Spencer* appear to dispose of this case"). And third, it specifically rejects Osorio-Calderon's argument (Appellant's Br. at 22–24) analogizing prerelease custody to supervised release. *Id.* at *3 ("Supervised release is not detention, but prerelease custody is.").

Sincerely,

*/s/ Lucas Draisey*
Lucas Draisey
Assistant U.S. Attorney
Lucas.Draisey@usdoj.gov

# <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned attorney certifies this letter complies with the type-volume limitation of Federal Rule of Appellate Procedure 32. The body of the letter has 200 words, proportionally spaced using Times New Roman, 14-point font. *See* Fed. R. App. P. 28(j). The letter was prepared using Microsoft Word 365. The undersigned attorney also certifies that the letter has been scanned for viruses and, to the best of our ability and technology, believes it is virus-free.

Dated:  March 17, 2026

DANIEL N. ROSEN
United States Attorney

*/s/ Lucas Draisey*
Lucas B. Draisey
*Assistant U.S. Attorney*
Attorneys for Appellee

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Jose Osorio-Calderon,

      Plaintiff - Appellant,

v.                                     Appeal No. 25-3090

Warden, FCI Sandstone,

      Defendant – Appellee

**CERTIFICATE OF SERVICE
FOR DOCUMENTS FILED USING CM/ECF**

I hereby certify that on March 17, 2026, I caused the following documents:

**LETTER; CERTIFICATE OF COMPLIANCE; AND CERTIFICATE OF**

**SERVICE**

To be filed electronically with the Clerk of the Court for the United States Court of

Appeals for the Eighth Circuit via ECF.

                                   */s/ Lucas Draisey*
                                   BY: LUCAS B. DRAISEY
                                   Assistant U.S. Attorney