

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN 55415* | |

<u>**Via CM/ECF**</u>                                        May 12, 2026

Susan E. Bindler, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Room 24.329
111 South 10th Street
St. Louis, MO 63102

SUBJECT:  Jose Osorio-Calderon v. Warden, FCI Sandstone, Appeal No. 25-3090
District Court Case No. 25-cv-398-LMP-DLM (D. Minn.)

Dear Ms. Bindler:

I write once again pursuant to Federal Rule of Appellate Procedure 28(j) to provide the Court with a supplemental citation related to the government's position in this matter ahead of tomorrow's oral argument.

Last month, the Office of the Solicitor General submitted a brief in opposition to a petition for a writ of certiorari in the United States Supreme Court articulating the government's position on one of the issues presented in this case. Resp.'s Br. in Opp., *Maxwell v. Thomas*, No. 25-5930 (U.S. April 16, 2026). On page 8 of the opposition brief, the Solicitor General asserts that 28 U.S.C. § 2241 encompasses habeas claims challenging the "place or manner" of confinement. *Id.* at 8 (quoting *Jones v. Hendrix*, 599 U.S. 465, 475 (2023)). As a result, the government's alternative argument in Part II of its brief, *see* Appellee's Br. at 26–40, no longer reflects the government's position on the jurisdictional issue.

To be clear, the government continues to assert that the Court should affirm the district court's judgment for the reasons articulated in Parts I and III of its brief.

Sincerely,

*/s/ Lucas Draisey*
Lucas Draisey
Assistant U.S. Attorney
Lucas.Draisey@usdoj.gov

# CERTIFICATE OF COMPLIANCE

The undersigned attorney certifies this letter complies with the type-volume limitation of Federal Rule of Appellate Procedure 32. The body of the letter has 182 words, proportionally spaced using Times New Roman, 14-point font. *See* Fed. R. App. P. 28(j). The letter was prepared using Microsoft Word 174. The undersigned attorney also certifies that the letter has been scanned for viruses and, to the best of our ability and technology, believes it is virus-free.

Dated:  May 12, 2026

DANIEL N. ROSEN
United States Attorney

*/s/ Lucas Draisey*
Lucas B. Draisey
*Assistant U.S. Attorney*
Attorneys for Appellee

**CERTIFICATE OF SERVICE
FOR DOCUMENTS FILED USING CM/ECF**

I hereby certify that on May 12, 2026, I electronically filed the foregoing with the

Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by

using the CM/ECF system. I certify that all participants in the case are registered

CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Lucas Draisey*
BY: LUCAS B. DRAISEY
Assistant U.S. Attorney