**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 30, 2026

Trevor N. Parkes
NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS, INC.
First Step Act Resource Center
12th Floor
1660 L Street, N.W.
Washington, DC 20036

RE: 25-3090 Jose Osorio-Calderon v. Warden FCI Sandstone

Dear Counsel:

The court today issued an opinion in this case. Judgment in accordance with the opinion was also entered today.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 45 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 45 day period for filing permitted by FRAP 40 may be denied as untimely.

Susan E. Bindler
Clerk of Court

NDG

Enclosure(s)

cc: Catherine Ahlin-Halverson
Emma Andersson
Ellen Bart
Clerk, U.S. District Court, District of Minnesota
Lucas B. Draisey
Annemarie Foy
Allison Frankel
Kylie Lewis
JaneAnne Murray
Bekah Muta

Teresa Nelson
Abby Oakland
Kate Reifenberg
Matthew J. Rubenstein

District Court/Agency Case Number(s): 0:25-cv-00398-LMP