**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 30, 2026

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 25-3090 Jose Osorio-Calderon v. Warden FCI Sandstone

Dear Sir or Madam:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant and appeared on the brief was Trevor N. Parkes, of Washington, DC.

Counsel who presented argument on behalf of the appellee and appeared on the brief was Lucas B. Draisey, AUSA, of Minneapolis, MN.

The following attorneys appeared on the amicus brief of the American Civil Liberties Unition and American Civil Liberties Union of Minnesota in support of the appellant; Emma Andersson, of San Francisco, CA., Teresa Nelson, of Minneapolis, MN., Catherine Ahlin-Halverson, of Minneapolis, MN., Matthew J. Rubenstein, of Minneapolis, MN., Abby Oakland, of Minneapolis, MN., and Allison Frankel, of New York, NY.

The following attorneys appeared on the amicus brief of The Clemency Project Clinic of the University of Minnesota Law School in support of the appellant; JaneAnne Murray, of Minneapolis, MN., Ellen Bart, of Minneapolis, MN., Annemarie Foy, of Minneapolis, MN., Kylie Lewis, of Minneapolis, MN., Bekah Muta, of Minneapolis, MN., and Kate Reifenberg, of Minneapolis, MN.

The judge who heard the case in the district court was Honorable Laura M. Provinzino.

If you have any questions concerning this case, please call this office.

Susan E. Bindler
Clerk of Court

NDG

Enclosure(s)

cc: MO Lawyers Weekly

District Court/Agency Case Number(s): 0:25-cv-00398-LMP