**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 25-3090

---

Jose Osorio-Calderon

Petitioner - Appellant

v.

Warden, FCI Sandstone

Respondent - Appellee

------------------------------

American Civil Liberties Union; American Civil Liberties Union of Minnesota; Clemency Project Clinic of the University of Minnesota Law School

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-00398-LMP)

---

**JUDGMENT**

Before LAVENSKI R. SMITH, BENTON, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 30, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler